# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

158583

DARLENE SMITH,
      Plaintiff-Appellant,

v

HERTZ SCHRAM, PC and LISA STERN,
      Defendants-Appellees.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158583
COA: 337826
Oakland CC: 2016-152060-NM

On order of the Court, the application for leave to appeal the July 26, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020



Clerk

t0420